United States Courts
Southern District of Texas
FILED

JAN - 6 2021

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____  ← Please Help!

_____ Division

Paul Chevis
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: PAUL CHEVIS
   All other names by which you have been known:
   ID Number: #00407375
   Current Institution: 1200 BAKER St.
   Address: HARRIS COUNTY JAIL
   HOUSTON  TEX  77002
   City        State    Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name
   Job or Title (if known)
   Shield Number
   Employer
   Address
                           City        State      Zip Code
   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name
   Job or Title (if known)
   Shield Number
   Employer
   Address
                           City        State      Zip Code
   ☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name
   Job or Title (if known)
   Shield Number
   Employer
   Address

   _____ _____ _____
   City           State         Zip Code
   [ ] Individual capacity  [ ] Official capacity

Defendant No. 4
   Name
   Job or Title (if known)
   Shield Number
   Employer
   Address

   _____ _____ _____
   City           State         Zip Code
   [ ] Individual capacity  [ ] Official capacity

II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   WHAT I STARTING ME WITHOUT ME BEING PRESENT BEFORE MAGISTRATE. THE COUNTY STATES I WAS MAGISTRATED ON THE 9 OF NOV, BUT I WASN'T THERE TO HEAR THE CHARGE AGAINST ME. I HAVE A RIGHT TO KNOW WHY IM JAILED ON ALL MY CASES NOT MAGISTRATED IN PERSON.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

THE HARRIS COUNTY JAIL REFUSED AND CONTINUED TO REFUSE TO HEAR AFTER THEM VIOLATING MY RIGHTS TO BE MAGISTRATED WITHIN 48 HOURS. THE LAW REQUIRES THAT THE PERSON HAVING CUSTODY ARRESTED SHALL WITHOUT DELAY BUT NO LATER THAN 48 HOURS AFTER THE PERSON IS ARRESTED, TAKE THE PERSON ARRESTED OR HAVE "HIM" TAKEN BEFORE SOME MAGISTRATE TO PROVIDE THE DEFENDANT OF THE CHARGES AGAINST HIM. I PERSONALLY KNOW IT'S A 4TH AMENDMENT VIOLATION TO MAGISTRATE ME WITHOUT ME, UNLESS I WAIVE MY RIGHTS.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

ON THE 9TH OF NOVEMBER THE HARRIS COUNTY JAIL CLAIM I WAS MAGISTRATED, I FILED A GRIEVANCE BECAUSE I NEVER KNEW NOTHING ABOUT ME BEING MAGISTRATED WITHOUT ME.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

According to the law, it is the SHERIFF job to DISCHARGE ME if they don't MAGISTRATE ME WITHIN 48 Hours. THIS WHAT I AM TALKING ABOUT IS AMOST IN THE HANDBOOK FOR INMATES. I HAVE A RIGHT TO A PROBABLE CAUSE HEARING, RIGHT TO COUNSEL TO WHERE MAGISTRATE CAN DECIDE BETWEEN DETENTION OR RELEASE ON ALL MY CHARGES, I PERSONALLY WASN'T MAGISTRATED

V. Injuries I PERSONALLY HAVE A RIGHT TO A HEARING.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I NEVER WAIVED MY CONSTITUTIONAL RIGHTS. I HAVE A RIGHT TO DETERMINATION OF PROBABLE CAUSE. THE LAW PLAINLY STATE THAT IF THEY DON'T TAKE ME "PERSONALLY" BEFORE A MAGISTRATE WITHIN 48 HOURS, THEN IT IS THE SHERIFF'S JOB TO "DISCHARGE ME". ALL THEY TELL ME IS MY COMPLAINT HAS BEEN FORWARDED TO THE COURTS. THEY DID TELL ME I WAS MAGISTRATED, BUT THEY FORGOT TO TELL ME. THE SHERIFF STATES ...

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

It states in the Rule book that if I been in jail for more than 3 days without seeing a judge, then I should bring this to the attention of any staff member. I done that. But staff members and ranking officials say they know nothing about that rule, and it's clearly in the inmate hand book "Any staff member"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   In the Harris County Jail 1200 Baker St Houston, Texas 77002

2. What did you claim in your grievance?

   I claim my civil right were violated

3. What was the result, if any?

   They only told me they forwarded my grievance to the courts they say my civil right complaint is not appealable

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I filed over 20 grievances on my civil right violation. I even cited cases out of the law book on a violation of my 14th Amendment. I also ask to appeal but they say civil rights violation is not appealable. I even ask for a grievance number, they say nothing!

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

  1.  If there are any reasons why you did not file a grievance, state them here:

  2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
      I informed the sheriff about my claim, no response, I informed Aanking officials, no response. My complaint is in an inmate hand book, but officials say they have no knowledge of whats stated in the rule book.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The Harris County Jail for some reason fail to state a cause of action against me. The county did give a cause of action to someone else besides me. I personally know I have a right to know my rights.

  (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NONE

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      - [ ] Yes
      - [ ] No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

      _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JANUARY 4 2021

Signature of Plaintiff: Paul Chevis

Printed Name of Plaintiff: Paul Chevis

Prison Identification #: #00907373

Prison Address: 1200 Baker St.
Houston, TEX 77002
City / State / Zip Code

Home information #713-733-7974
5602 Southwind
Houston, TX 77033

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____ City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

United States Courts
Southern District of Texas
FILED

JAN - 6 2021

## Affidavit

Before me, the undersigned authority personally appeared __Paul Chevis__ (your name), who duly sworn, deposed as follows: My name is __Paul Chevis__, I am over 18 years of age, competent to make this affidavit and personally acquainted with the facts herein stated: (in the following space write the facts/your statement)

Magistrating me in person never happened on none of the None-violent cases I'filed for. Nobody advised me of my rights or advised me why I'm jailed. However I was advised that a probable cause hearing was held without me. That's a violation of my 14th Amendment "Due Process". I personally have a right to know why I'm being detained

The facts stated here are voluntary.

__Paul Chevis__
Affiant (Your Signature)

Sworn and Subscribed before me on the ___ day of _____, 20_____

_____
Notary Public in and for
The State of Texas

LLD62-(01/06)

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: PAUL Chevis
SPN: 00907373   Cell: 6-B-1
Street: 1200 BAKER
HOUSTON, TEXAS 77002

**aramark**



U.S. POSTAGE
ZIP 77002 $
02 4W
0000368784

United States Courts
Southern District of Texas
FILED
JAN - 6 2021

**INDIGENT**

United States
515 RUSK AVE
Houston, TEXAS