United States District Court
Southern District of Texas
**ENTERED**
April 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL CHEVIS, (Former SPN #00907373)<br>Plaintiff, | § § § § § | CIVIL ACTION NO.<br>4:21–cv–0168 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY SHERIFF,<br>Defendant. | § § § § | |

## ORDER OF DISMISSAL

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on April 19, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge